AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

LADONNA NICOLE GRAY

**WARRANT FOR ARREST**

CASE NUMBER:

06 - 488 - M - 02

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LADONNA NICOLE GRAY__
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

**FILED**

DEC 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __§§ 1029 (a)(5) and 2__.

Name of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Title of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE

Date and Location: NOV 27 2006, District of Columbia

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/01/06 | D.L. BALDWIN SDUSM | DB |
| DATE OF ARREST 12/01/06 | | |