AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

JAN 3 0 2007

# United States District Court

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>LaDonna Gray | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 06-488-m-02<br>07-04 (CKK) |

I, __LaDonna Gray__, the above named defendant, who is accused of

18 USC 1029(a)(5) 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on __1-30-2007__ prosecution by indictment and consent that the
                              Date

proceeding may be by information rather than by indictment.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
          Judicial Officer