UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
Plaintiff :
:
vs. :   CRIMINAL NO. 07-004
:   Judge Colleen Kollar-Kotelly
:
LADONNA N. GRAY :
:
Defendant :

## ORDER

The probation office shall file its Presentence Report by no later than <u>APRIL 13, 2007</u>.

The parties shall file its Memorandum in Aid of sentencing by no later than <u>APRIL 27, 2007</u> and it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on <u>MAY 11, 2007 AT 9:45 A.M.</u>

IT IS SO ORDERED,

Date: 3/8/07

_____
Colleen Kollar-Kotelly
United States District Judge

cc:  Chambers
     Files
     Pretrial

Probation
Daniel Butler, AUSA
Joanne Hepworth, 601 PA Ave., NW