THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CR. NO. 07-004(CKK) |
| **LADONNA N. GRAY** | * | |
| **Defendant.** | * | |

**MOTION FOR LEAVE TO FILE UNTIMELY**
**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

    Defendant Ladonna Gray, through counsel, respectfully requests leave of the Court to file the attached Defendant's Memorandum in Aid of Sentencing one week late. In support of the request counsel states as follows:

    1. The defendant's objections to the presentence report were only resolved this date and the sentencing memorandum could not be submitted until the issues were resolved.

    Wherefore the defendant asks the Court to accept the attached untimely Memorandum.

                                                                Respectfully Submitted,

                                                               _____
Joanne Roney Hepworth
601 Pennsylvania Ave, NW
Suite 900
Washington, DC 20001
(202) 789-0037
Fax 301-320-3948

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing motion was served electronically on all parties on this 4th day of May, 2007.

                                                                _____
Joanne R. Hepworth

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| v. | \* | CR. NO. 07-004(CKK) |
| **LADONNA N. GRAY** | \* | |
| **Defendant.** | \* | |

**ORDER**

Upon consideration of Defendant's Motion For Leave to File Untimely Defendant's Memorandum in Aid of Sentencing and the entire record herein, it is on this _____ day of _____, 2007 hereby

ORDERED said motion be GRANTED.

_____
JUDGE COLEEN KOLLAR-KOTELLY
United States District Court