THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           *

v.                                 *           CR. NO. 07-004(CKK)

LADONNA N. GRAY                    *

     Defendant.                    *

**ORDER**

Upon consideration of Defendant's Motion For Leave to File Untimely Defendant's Memorandum in Aid of Sentencing and the entire record herein, it is on this 4th day of May, 2007 hereby

ORDERED said motion be GRANTED.

_____
JUDGE COLEEN KOLLAR-KOTELLY
United States District Court

FILED
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT