UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LA DONNA GRAY,<br><br>Defendant. | Crim. Action No.   07-004   (CKK) |

### ORDER

This case comes before the Court upon the receipt of a Report and Recommendation dated January 30, 2007, from Magistrate Judge Deborah Robinson. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this __10th__ day of May, 2007, hereby

**ORDERED** that the Report and Recommendation is ADOPTED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge