UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

LA DONNA GRAY,

Defendant.

Crim. Action No. 07-004   (CKK)

FILED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

It is this 11th day of May, 2007,

**ORDERED** that due to a need to recuse based on a conflict, the Order Adopting the Report and Recommendation is hereby VACATED, and the case is hereby returned to the Calendar Committee for reassignment to another judge. A memo to the Calendar Committee is attached.

COLLEEN KOLLAR-KOTELLY
United States District Judge