Apr 26 07 05:49p    Joanne R. Hepworth    (301) 320-3948    p.2

HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-004-02</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| | : | |
| GRAY, LaDonna | : | Disclosure Date: <u>April 12, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                         _____
Prosecuting Attorney                                                                    Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____        _____        4/26/2007
Defendant                                 Date              Defense Counsel                       Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 26, 2007</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
        United States Probation Officer

## DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT

**Page 7/ Item 38:** The Defendant was sent to St. Ann's Infant Home in Washington DC to give birth to her <u>first</u> child Caprice when she was 14 years old, so that she could continue her schooling. She was emancipated when she had her son Marquis in 2000.

**Page 13/Item 73:** Defendant objects to the loss calculation. She submits that the amount of loss set out in the plea agreement is accurate and that the conclusory claim by Citi Bank is insufficient to change the factual basis of the plea agreement. She further submits that she never placed any charge for more than $600.00 on any card.[1]

**Thank you**

*[signature]*

**Joanne Hepworth**
**CC: AUSA Dan Butler**

---

[1] We await further information clarifying Citigroups calculations.