HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-004-02 |
| vs. | : | SSN: _____ |
| GRAY, LaDonna | : | Disclosure Date: April 12, 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____Daniel P. Butler_____          _____4-19-07_____
**Prosecuting Attorney**                              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____        _____  _____
Defendant                    Date                 Defense Counsel                 Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 26, 2007**, to U.S. Probation Officer **Linsey Epson**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                                                 Page 2

Page 3, ¶ 1 – at the end of the second sentence, it should have the language "and 2."

Page 4, ¶ 14 – in the first sentence, (subject #3) should be ("subject #3")

Page 5, ¶ 16 – in the third sentence, the language "headquarter are outside" should be "headquarters is outside"

Page 5, ¶ 17 – the loss amount is listed as $5,462.75, while the total from the Statement of Offense is $3,800. If the first figure is used, it effects, but only slightly, the U.S. Sentencing Guidelines (USSG) calculation, as well as the restitution amount, see PSR, page 13, ¶ 73. As to the USSG calculation, the more than $5,000 amount adds 2 offense levels, see PSR, page 6, ¶ 25, and makes the total offense level 6, see PSR, page 6, ¶ 32, as opposed to 4, as set forth in the plea letter, at page 2, ¶ 3B. This, however, has no practical effect as to the length of punishment since the USSG range is still 0-6 in Zone A. See PSR, page 11, ¶ 58. The only potential practical effect is that the lower number in the fine range for a level 6 is $500, PSR, at page 12, ¶ 70, while for a level 4, it is $250. USSG § 5E1.2(c)(3); Plea letter, page 3, ¶ 3D. This factor appears to be of no significance, however, because defendant does not have the ability to pay a fine. PSR, page 10, ¶ 55. Therefore, while the government would prefer that the PSR use the level 4, consistent with the Statement of Offense and the plea letter, it does not advocate strongly for this in light of the applicable preponderance standard and the lack of any practical effect by using the level 6.

As to restitution, as stated in the plea letter, defendant "agrees to make restitution to all victims of [her] criminal conduct and not merely for those victims included in the count to which [she] agrees to plead guilty." Plea letter, page 4, ¶ 8. Accordingly, as agreed to by defendant in the plea letter, the full amount of restitution is appropriate.

Page 8, ¶ 41 – in the second sentence, the language "reports has a C-section" should be "reports a

**Receipt and Acknowledgment**                                                                Page 3

C-section"

                             Signed by: _____/s/ Daniel P. Butler_____
                                        Daniel P. Butler
                                        Assistant United States Attorney

**Date:**        April 19, 2007