PROB 12B-DC
(Rev 03/07)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **LaDonna Gray**                                  Docket No.: **CR 07-0004-001**

### REQUEST FOR COURSE OF ACTION
### (Modify Conditions)

COMES NOW  **Sheri L. Dyer**  , PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **LaDonna Gray**, who was placed on probation by the Honorable **Royce Lamberth**, United States District Judge, sitting in the Court at Washington, D.C., on the **19th** day of **June**, **2007**, who fixed the period of probation at **three** years, and imposed the general terms and conditions of supervised release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Pay a $100 special assessment.

2. Pay $5,462 in restitution (joint and severly with co-defendants)..

3. Full financial disclosure.

4. No new lines of credit without the approval of the probation officer.

5. Employment restrictions (no employment with access to credit card authorizations, and inform employer of instant offense).


On June 19, 2007, LaDonna N. Gray appeared before Your Honor, having pled guilty to Access Device Fraud Aiding and Abetting. She was sentenced to three years probation. Supervision began June 19, 2007, and is scheduled to expire June 18, 2010.

GRAY, LaDonna
Docket No.: CR 07-0004-001
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Based on our financial investigation, we are recommending that the restitution be paid at the rate of $10 per month. Ms. Gray does not object and has waived her right to a hearing on this matter.

Respectfully submitted,

*[signature]*

Sheri L. Dyer
United States Probation Officer
(202) 565-1380

Approved By:   *[signature]*

Ervin Bell, Supervising
United States Probation Officer

PRAYING THE COURT WILL ORDER the proposed modification of conditions.

Should you concur, the attached order has been prepared for your signature.

*[signature]*
Royce Lamberth
**United States District Judge**

8/21/07
**Date**

PROB 49

**FILED**

**AUG 23 2007**

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to pay no less than $10.00 per month toward my restitution.

Witness: _Sheri L. Dyer_
United States Probation Officer

Signed: _[signature]_
Probationer or Supervised Releasee

Date: _July 6, 2007_

