# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. **LaDonna Gray**                                   Docket No.: **CR 07-0004-001**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that Ms. Gray's restitution be set at a payment rate of $10 per month, beginning September 2007.

### ORDER OF COURT

Considered and ordered this _____21st_____ day of ___August___, 2007.

_____
Royce Lamberth
United States District Judge
